No. 96–9305. PARNELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9306. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9307. BRADY v. BRADY ET AL.; and BRADY v. BRADY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–9308. REYNA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–9309. ARTEAGA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–9310. STROTHERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9311. DAVID v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9312. GORDON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–9313. HEATH v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 96–9314. GARCIA v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–9315. HENNING v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 96–9316. DURAN v. UNITED STATES;
No. 96–9420. STANDS v. UNITED STATES; and
No. 96–9541. DURAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 105 F. 3d 1565.

No. 96–9317. HAYDEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9318. ESHKOL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.